182    APPELLATE COURTS OF ILLINOIS.

Havern et al. v. Nat. Coun. K. & L. of Security, 209 Ill. App. 182.

## Nellie Havern and Maggie Huebner, Appellees, v. National Council of Knights & Ladies of Security, Appellant.

### Gen. No. 22,941.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J.. J. COOKE, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1916.  Reversed and remanded.  Opinion filed December 21, 1917.

### Statement of the Case.

Action by Nellie Havern and Maggie Huebner, plaintiffs, against National Council of the Knights & Ladies of Security, defendant, to recover as beneficiaries of a benefit fund certificate issued by defendant to plaintiffs' brother.  From a judgment for plaintiffs, defendant appeals.

A. W. FULTON, for appellant.

THURMAN, HUME & KENNEDY, for appellees.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 211*—*what constitute material warranties in application.* The statements in an insured's application for membership in a fraternal benefit society that he had only one brother dead and that he had no sister dead were material and constituted warranties.

2. INSURANCE—*when admission of evidence of relative as to statements made to examiner is error.* The admission of evidence, in an action to recover on a certificate of membership in a fraternal beneficial society, under an issue as to statements in the member's application concerning his family history being warranties and false, of the member's sister as to statements by her to the medical

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

examiner when she shortly before her brother's application also applied for membership in the same society, giving a complete history of their family to show notice of death of insured's brother and sister, was reversible error.

---

## E. M. Babbitt and M. H. Bird, trading as Millet Elevator Company, Appellees, v. Grand Trunk Western Railway Company, Appellant.

### Gen. No. 22,943.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917. Rehearing denied January 2, 1918.

### Statement of the Case.

Action by E. M. Babbitt and M. H. Bird, trading as Millet Elevator Company, plaintiffs, against Grand Trunk Western Railway Company, defendant, to recover for loss of goods in an interstate commerce transaction, brought by the shippers against the initial carrier. From a judgment for plaintiffs, defendant appeals.

KRETZINGER & KRETZINGER and L. L. SMITH, for appellant.

STEWART REED BROWN, for appellees.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1.   CARRIERS, § 139*—*what constitutes prima facie proof in action to recover for loss of goods of timely claim for loss.* Evidence that

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.